# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) | CASE NO. 3:18-CV-00174-RLY-MPB |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | |
| | ) | |
| v. | ) ) | |
| CITY OF MOUNT VERNON, INDIANA, | ) ) | |
| Defendant/Counterclaimant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having so stipulated, the above-captioned cause of action is hereby ordered dismissed, with prejudice, costs paid.

Date: 4/30/2019

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record